```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

T.D.,                              *

    Petitioner,                 *

vs.                                *
                                        CASE NO. 4:20-CV-285 (CDL)

Warden, STEWART DETENTION         *
CENTER, *et al.*,
                               *

    Respondents.
                                 *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 29, 2021. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 7th day of June, 2021.

                                                    S/Clay D. Land
                                                    CLAY D. LAND
                                                    U.S. DISTRICT COURT JUDGE
                                                    MIDDLE DISTRICT OF GEORGIA